COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## MEMORANDUM ORDER

Appellate case name:  Daniel C. Parra v. The State of Texas

Appellate case number:  01-11-00300-CV

Trial court case number:      1078122

Trial court: 157th District Court of Harris County


This Court ORDERS that the Clerk of the Court withdraw the mandate issued on July 16, 2012 .

It is so ORDERED.


Judge's signature: /s/ Jane Bland_____
☑Acting individually     ☐ Acting for the Court


Date: August 24, 2012